ACCEPTED
06-14-00148-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/19/2015 3:39:03 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00148-CR

| | | |
|---|---|---|
| KEVIN FAHRNI, | § | ON APPEAL FROM THE |
| Appellant | § | |
| | § | 5th JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/19/2015 3:39:03 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and pursuant to Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same should show the Court as follows:

I.

1. This case is pending from the 5TH Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Kevin Fahrni, Cause No. 10F0484-005.

3. Appellant was found guilty to the offense of Aggravated Sexual Assault Robbery and sentenced to fifty (50) years in the Institutional Division of the Texas Department of Criminal Justice.

5. Appellant's Brief was filed on April 17, 2015 making the State's Brief originally due on or about May 18, 2015.

6. The State not previously requested an extension of time for filing a brief.

7. The State's attorney handling this case on appeal resigned from the Bowie County District Attorney's office, effective May 15, 2015. This case was re-assigned, and is now being handled on appeal by the undersigned State's attorney. Due to the re-assignment, the undersigned has not had adequate opportunity to review the record in this appeal and complete the State's brief.

## II.

The State's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## **PRAYER**

WHEREFORE, on the bases of Rule 73 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Alwin Smith, counsel for Appellant, on this the 19th day of May, 2015.

> \_\_/s/ Lauren N. Sutton_____
> LAUREN N. SUTTON